**Janice Marie PRETTYMAN, Respondent,**

v.

**Robert Brown PRETTYMAN, Appellant.**

**No. WD 41594.**

Missouri Court of Appeals, Western District.

Nov. 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1990.

Application to Transfer Denied Feb. 13, 1990.

Elvin S. Douglas, Jr., Crouch, Spangler & Douglas, Harrisonville, for appellant.

Kevin K. Anderson, Anderson & Milholland, Harrisonville, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from judgment dissolving marriage and distribution of property.

Judgment affirmed. Rule 84.16(b).

**Bobby R. SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41902.**

Missouri Court of Appeals, Western District.

Nov. 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1990.

Application to Transfer Denied Feb. 13, 1990.

Sean D. O'Brien, Public Defender, Mary F. Clark, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 Motion for post-conviction relief.

Affirmed. 84.16(b).